# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LAUREN ANTIDORMI MORAN,

    Plaintiff,

          v.

UNITED SERVICES AUTOMOBILE ASSOCIATION (USAA),

    Defendant.

NO. 3:18-CV-2085

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 12th day of December, 2018, **IT IS HEREBY ORDERED** that:

(1) Defendant's Motion to Dismiss Count II of the Complaint (Doc. 2) is **GRANTED**.

(2) Plaintiff's bad faith claim in Count II of the Complaint is **DISMISSED without prejudice** to Plaintiff filing an amended complaint within **twenty-one (21) days** from the date of entry of this Order to plead a plausible bad faith claim.

(3) Failure to timely file an amended complaint will result in the dismissal of the bad faith claim **with prejudice**.

                                                            /s/ A. Richard Caputo
                                                            A. Richard Caputo
                                                            United States District Judge