# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LAUREN ANTIDORMI MORAN,

   Plaintiff,

        v.

UNITED SERVICES AUTOMOBILE ASSOCIATION (USAA),

   Defendant.

NO. 3:18-CV-2085

(JUDGE CAPUTO)

## ORDER

**NOW**, this 14th day of February, 2019, **IT IS HEREBY ORDERED** that:

(1) Defendant's Motion to Dismiss Count II of the Amended Complaint (Doc. 12) is **GRANTED**.

(2) Plaintiff's bad faith claim in Count II of the Amended Complaint is **DISMISSED with prejudice**.

(3) Defendant shall file its Answer to the Amended Complaint within **twenty-one (21) days** from the date of entry of this Order.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge